NO. 07-08-0443-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

JANUARY 16, 2009
______________________________


SANTA ROSA CONSTRUCTION COMPANY, APPELLANT

v.

JUAN PEREZ AND MARIA PEREZ, APPELLEES

_________________________________

FROM THE 99TH DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2006-537,377; HON. JAY GIBSON, PRESIDING

_______________________________

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.
ON MOTION TO DISMISS
          Pending before the Court is an unopposed motion to dismiss filed by Santa Rosa
Construction Company by which Santa Rosa represents the parties have agreed to a
compromise settlement agreement resolving all matters in controversy. We grant the
motion. Tex. R. App. P. 42.1(a)(1).
          Without passing on the merits of the case, the appeal is dismissed. Having
dismissed the appeal at the request of the parties, we will not entertain a motion for
rehearing and our mandate will issue forthwith.
 
James T. Campbell

Justice